

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
#### JUDGMENT

David Wayne Smith,

\* From the 32nd District Court
of Mitchell County,
Trial Court No. 16899.

Vs. No. 11-17-00229-CV

\* July 25, 2019

Linda Gonzales and Janie Peek,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.